## (November 19, 1956)

■ BEVERLY MILK YONKERS CO., INC., et al., Respondents, v. FRED A. CONRAD, as President of Local 338, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. L., et al., Appellants, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. The respondents' time to serve an amended complaint is extended until 20 days after the entry of the order hereon. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See ante, p. 858.]

■ ALFRED DAVIS, Respondent, v. HUGO J. PROSS, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ In the Matter of the Arbitration between BERTHA GERAKARES et al., Appellants, and GEORGIA CAMARINOS et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See ante, p. 850.]

■ WILLIAM J. McLAUGHLIN, Respondent, v. BENJAMIN C. AMODEO, Appellant. BENJAMIN C. AMODEO, Appellant, v. WILLIAM J. McLAUGHLIN, Respondent, et al., Defendants.— Motion to dismiss the appeal in the first of the above-entitled actions granted, without costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ NASSAU PHOTO-ENGRAVING CO., INC., Appellant, v. DAILY REVIEW CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [See 1 A D 2d 981.]